863 F.2d 693
 LEAR SIEGLER, INC., ENERGY PRODUCTS DIVISION,
Plaintiff-Appellee/Cross Appellant,
v.
William L. BALL, III, Secretary of the Navy, et al.,
Defendants-Appellants/Cross-Appellees.
LEAR SIEGLER INC., Plaintiff-Appellee,
and
United States Senate; United States House of
Representatives, Plaintiffs-Intervenors-Appellees,
v.
William L. BALL, III, Secretary of the Navy; William
Stevenson, Contracting Officer, Defendants-Appellants.
 Nos. 86-6496, 87-5698 and 87-5670.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 22, 1988.
 
 ORDER
 Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.
 
 
 1
 Upon the vote of a majority of the nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.